**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BOBBIE MATHERS,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **3:09-CV-2123-D** |
| | ) | |
| **MICHAEL J. ASTRUE, et al.,** | ) | |
| Defendants. | ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, plaintiff's motion to proceed *in forma pauperis* is denied. This action will be dismissed unless plaintiff tenders the $350.00 filing fee to the district clerk within 14 days of the date this order is filed.

**SO ORDERED**.

December 30, 2009.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE